IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HAWKEYE INVESTMENT PARTNERS I, LLC, | CASE No. 4:23-cv-00506-SMR-HCA |
| Plaintiff, | |
| v. | **JOINT MOTION TO REMAND** |
| META PLATFORMS, INC., | |
| Defendant. | |

Defendant Meta Platforms, Inc. ("Meta") and Hawkeye Investment Partners I, LLC ("Hawkeye") (together, the "Parties") jointly move to remand this case to state court. In support, the Parties state:

1. On December 12, 2023, Meta removed this action to this Court from the Iowa District Court for Polk County, asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. *See* ECF No. 1.

2. In its Notice of Removal, Meta identified that it is a corporation organized under the laws of Delaware with its principal place of business in California. *See id.* ¶ 11. Meta further alleged that no member of Hawkeye, a limited liability company, is a citizen of Delaware or California.

3. On December 15, 2023, counsel for the Parties conferred about Meta's removal notice.

4. During the conference on December 15, counsel for Hawkeye represented that complete diversity was lacking because one or more individuals or entities who are members of Hawkeye are citizens of California and/or Delaware. Hawkeye further represented that at least one of its members is a limited liability company whose members include citizens of California.

*Cf.* Fed. R. Civ. P. 7.1(a)(2).

5. Based on the representations of Hawkeye's counsel, Meta agrees that diversity appears to be incomplete and thus this case should be remanded to state court.

6. The Court has set a scheduling conference for December 20, 2023. *See* ECF No. 8. Because of the Parties' request to remand this case, the Parties request that the conference be vacated.

The Parties respectfully request that the Court grant their Joint Motion to Remand, vacate the order setting the scheduling conference, and order such other relief as it deems just and equitable.

Dated:   December 19, 2023

| By: */s/ Michael R. Reck* | By:  */s/ Brandon R. Underwood* |
|---|---|
| BELIN McCORMICK, P.C. | Brandon R. Underwood |
| Michael R. Reck        AT0006573 | Sarah B. Golwitzer |
| Matthew D. Callanan  AT0011813 | **FREDRIKSON & BYRON, P.A.** |
| Christopher J. Jessen   AT0013075 | 111 East Grand Avenue, Suite 301 |
| 666 Walnut Street, Suite 2000 | Des Moines, IA  50309-1977 |
| Des Moines, IA  50309-3989 | Telephone: (515) 242-8900 |
| Telephone: (515) 283-4645 | Fax: (515) 242-8950 |
| Facsimile: (515) 558-0645 | sgolwitzer@fredlaw.com |
| mrreck@belinmccormick.com | bunderwood@fredlaw.com |
| mdcallanan@belinmccormick.com | |
| cjessen@belinmccormick.com | |
| | |
| BARACK FERRAZZANO | Caroline K. Simons (pro hac vice forthcoming) |
| KIRSCHBAUM & NAGELBERG LLP | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| W. Scott Porterfield | 222 Berkeley Street, Suite 2000 |
| Robert E. Shapiro | Boston, MA 02116 |
| 200 West Madison Street, Suite 3900 | Telephone: (617) 880-1800 |
| Chicago, IL  60606 | Fax: (617) 880-1801 |
| Telephone: (312) 984-3202 | csimons@orrick.com |
| scott.porterfield@bfkn.com | |
| rob.shapiro@bfkn.com | |
| ATTORNEYS FOR PLAINTIFF | |
| HAWKEYE INVESTMENT | |
| PARTNERS I, LLC | |
| | Rebecca Harlow (pro hac vice forthcoming) |

    Amanda H. Schwartz (pro hac vice forthcoming)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard St
San Francisco, CA 94105
Telephone: (415) 773-5700
Fax: (415) 773-5759
rharlow@orrick.com
aschwartz@orrick.com
ATTORNEYS FOR DEFENDANT
META PLATFORMS, INC.